IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| --- | --- | --- |
| v. | : | No. 12-418-1 |
| ROBERT LAMAR WHITFIELD | : | |

## **ORDER**

AND NOW, this 8th day of May, 2013, it is ORDERED Defendant Robert Lamar Whitfield's Motion to Suppress Statements (Document 148) is DENIED.

BY THE COURT:

   /s/ Juan R. Sánchez
Juan R. Sánchez