IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 12-418 |
| | : | |
| ROBERT LAMAR WHITFIELD, et al. | : | |

**ORDER**

AND NOW, this 10th day of May, 2013, it is ORDERED Defendants Robert Lamar Whitfield, Kenneth Parnell, and Kareem Long's Motions to Dismiss Indictment (Documents 148, 153 and 197), in which Defendants Marlon Graham and Frank Thompson have joined, are DENIED without prejudice to the Defendants' right to challenge the sufficiency of the Government's evidence regarding the Hobbs Act's jurisdictional element at trial.

BY THE COURT:

   /s/ Juan R. Sánchez
Juan R. Sánchez