IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | No. 12-418-1 |
| ROBERT LAMAR WHITFIELD | : | |
| | | |
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | No. 12-418-2 |
| MARLON GRAHAM | : | |
| | | |
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | No. 12-418-3 |
| KAREEM LONG | : | |
| | | |
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | No. 12-418-5 |
| FRANK THOMPSON | : | |
| | | |
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | No. 12-418-6 |
| KENNETH PARNELL | : | |

**<u>ORDER</u>**

AND NOW, this 8th day of January, 2014, it is ORDERED the parties should be prepared to address Defendants' motions for hearing and discovery on the issue of racial

profiling/selective prosecution at the hearing on Defendants' post-trial motions scheduled for January 10, 2014, at 2:00 p.m. in Courtroom 11A.

                              BY THE COURT:

                               /s/ Juan R. Sánchez
                              Juan R. Sánchez, J.